UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 JUL 17 AM 8:10

MARGARET BOTKINS, CLERK
CASPER

BRODY THARP,

    Plaintiff,

v.

CENTRAL OREGON TRUCK COMPANY, an Oregon limited liability company F/K/A CENTRAL OREGON TRUCK COMPANY, INC., AARON BURR, an individual, and JOHN DOE COMPANIES I-IV,

    Defendants.

Case No. 1:23-CV-220-SWS

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** having come before the Court upon all the Parties' "*Stipulated Motion for Dismissal of All Claims and Counterclaims with Prejudice*," (ECF No. 16) and the Court having reviewed the file and being otherwise duly informed of the premises, finds good cause to dismiss this matter in its entirety with prejudice, with each party to pay its own attorneys' fees and costs.

**IT IS THEREFORE ORDERED** that the "*Stipulated Motion for Dismissal of All Claims and Counterclaims with Prejudice*" (ECF No. 16) is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is **DISMISSED WITH PREJUDICE**.

DATED this 17th day of July, 2024.

Scott W. Skavdahl
United States District Judge